REGINA CAVALLARO, ADMINISTRATRIX (ESTATE OF PETER CAVALLARO) *v.* HOSPITAL OF SAINT RAPHAEL ET AL.

The substitute plaintiff's petition for certification for appeal from the Appellate Court, 92 Conn. App. 59 (AC 25495), is denied.

*William F. Gallagher* and *Joseph W. Trotta,* in support of the petition.

*Michael D. Neubert,* in opposition.

Decided December 6, 2005

EMBALMER'S SUPPLY COMPANY *v.* SALVATORE D. GIANNITTI ET AL.

The petition by the defendant Modugno, Modugno and Modugno, LLC, for certification for appeal from the Appellate Court (AC 25829) is denied.

*Anthony M. Modugno,* in support of the petition.

*Louis Ciccarello,* in opposition.

Decided December 6, 2005

STATE OF CONNECTICUT *v.* OMAR MILLER

The defendant's petition for certification for appeal from the Appellate Court (AC 26812) is denied.

*Omar Miller,* pro se, in support of the petition.

Decided December 6, 2005